No. A–812 (76–5415).  GILBERT *v.* UNITED STATES, *ante,* p. 902.   Application for bail, presented to MR. JUSTICE BRENNAN, and by him referred to the Court, denied.

No. D–101.   IN RE DISBARMENT OF WALKER.   It is ordered that John E. Walker, of Lansing, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–102.   IN RE DISBARMENT OF PAPPAS.   It is ordered that Peter Victor Pappas, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–103.   IN RE DISBARMENT OF CLAY.   It is ordered that Gerald R. Clay, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 75–1181.   BATTERTON, SECRETARY, DEPARTMENT OF EMPLOYMENT AND SOCIAL SERVICES OF MARYLAND, ET AL. *v.* FRANCIS ET AL.   C. A. 4th Cir.   [Certiorari granted, 429 U. S. 939.]   Motion of respondents for leave to file supplemental brief granted.

No. 76–422.   DOTHARD, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF ALABAMA, ET AL. *v.* RAWLINSON ET AL.   Appeal from D. C. M. D. Ala.   [Probable jurisdiction noted, 429 U. S. 976.] Motion of the Solicitor General for leave to file a brief as *amicus curiae* denied.